UNITED STATES MAGISTRATE JUDGE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATHAN L. CHANDLER,<br><br>    Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO.  C05-5302KLS<br><br>ORDER GRANTING<br>PLAINTIFF'S APPLICATION FOR<br>COSTS AND ATTORNEY FEES |

Pursuant to 28 U.S.C. § 2412 and upon consideration of Plaintiff's Petition for Costs and Fees, it is hereby ORDERED that costs in the amount of $250.00 and attorney fees in the amount of $4,438.00 be awarded to plaintiff.

DATED this 16th day of March, 2006.

_s/ Karen L. Strombom_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

TODD R. RENDA, ATTORNEY AT LAW

s/ Todd R. Renda_____
WSBA# 20779
Attorney for plaintiff

ORDER GRANTING PLAINTIFF'S PETITION
FOR COSTS AND ATTORNEY FEES

TODD R. RENDA
ATTORNEY AT LAW
6314 19th St. West, Suite 20
Tacoma, Washington  98466-6223
(253) 566-6701
FAX (253) 564-6523